IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA,   )
                               )
    Plaintiff,         )
                               )    MISC. ACTION NO.
    v.                )    2:17mc3774-MHT
                               )       (WO)
MADIX, INC,           )
                               )
    Garnishee,        )
                               )
OCTAVIOUS REEVES,     )
                               )
    Defendant.       )

**JUDGMENT**

It is ORDERED that the motion to dismiss garnishment (doc. no. 10) is granted, and this proceeding is dismissed.

This proceeding is closed.

DONE, this the 10th day of May, 2017.

                      /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE